UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1191
(2:21-cv-00448-EWH-LRL)

_____

O.W., a minor, by his next friend and parent Santrayia Bass

    Plaintiff - Appellant

v.

MARIE L. CARR, police officer in her individual and official capcities; REID BAKER, assistant principal in his individual and official capacities; SCHOOL BOARD OF THE CITY OF VIRGINIA BEACH, VIRGINIA, a body corporate; CITY OF VIRGINIA BEACH, a body politic and corporate; AARON C. SPENCE, Superintendent in his individual and official capacities; DAN EDWARDS, school board members in their individual and official capacities; CAROLYN T. RYE, school board members in their individual and official capacities; KIMBERLY A. MELNYK, school board members in their individual and official capacities; BEVERLY M. ANDERSON, school board members in their individual and official capacities; SHARON R. FELTON, school board members in their individual and official capacities; DOTTIE HOLTZ; LAURA K. HUGHES, school board members in their individual and official capacities; VICTORIA MANNING, school board members in their individual and official capacities; TRENACE B. RIGGS, school board members in their individual and official capacities; JOEL MCDONALD, school board members in their individual and official capacities; PATTI T. JENKINS, Principal in her individual and offical capacities; CAROLYN D. WEEMS, school board members in their individual and official capacities

    Defendants - Appellees

------------------------------

JUVENILE LAW CENTER; RISE FOR YOUTH; ELECTRONIC PRIVACY

INFORMATION CENTER; NATIONAL POLICE ACCOUNTABILITY
PROJECT

      Amici Supporting Appellant

------

O R D E R

------

      The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

      Entered at the direction of the panel: Judge Gregory, Judge Thacker, and Judge Richardson.

                              For the Court

                              /s/ Nwamaka Anowi, Clerk